## Commonwealth *v.* Roussaw, Appellant.

Before DAVIS, J., specially presiding.

Argued September 12, 1974. *Leonard Tishgart,* for appellant; *Rosalyn K. Robinson, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Tucker, Appellant.

Before DAVIS, J., specially presiding, without a jury.

Submitted September 9, 1974. *John L. Braxton,* and *Braxton, Johnson & Kopanski,* for appellant; *Larry D. Feldman, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.